NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ACROW CORPORATION OF AMERICA,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**MABEY BRIDGE & SHORE, INC.,**
*Defendant-Appellee.*

_____

2011-5035

_____

Appeal from the United States Court of Federal Claims in case no. 10-CV-682, Judge Christine O.C. Miller.

_____

## ON MOTION

_____

## ORDER

Mabey Bridge & Shore, Inc. moves for a 43-day extension of time, until May 27, 2011, to file its brief. Acrow Corporation of America opposes. The United States

moves for 60-day extension of time, until June 13, 2011, to file its brief. Acrow opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**MAY 2 5 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas A. Coulter, Esq.
Lartease M. Tiffith, Esq.
David Z. Bodenheimer, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**MAY 2 5 2011**

**JAN HORBALY**
**CLERK**